# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DEVIN C. HAYES,

      Petitioner,

v.                                  CASE NO.  4:10cv339-RH/WCS

DEPARTMENT OF CORRECTIONS,

      Respondent.

_____/

## ORDER DISMISSING PETITION

This petition for a writ of habeas corpus under 28 U.S.C. § 2254 is before the court on the magistrate judge's report and recommendation, ECF No. 7.  No objections have been filed.  The report and recommendation is correct and is adopted as the court's opinion.

Rule 11 of the Rules Governing § 2254 Cases requires a district court to "issue or deny a certificate of appealability when it enters a final order adverse to the applicant."  A certificate of appealability may be issued only if a petitioner "has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  *See Miller-El v. Cockrell,* 537 U.S. 322, 335-38, 123 S. Ct. 1029,

154 L. Ed. 2d 931 (2003) (explaining the meaning of this term); *Slack v. McDaniel*,

529 U.S. 473, 483-84, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000) (same); *Barefoot*

*v. Estelle*, 463 U.S. 880, 893 n.4, 103 S. Ct. 3383, 77 L. Ed. 2d 1090 (1983); *see*

*also Williams v. Taylor*, 529 U.S. 362, 402-13, 120 S. Ct. 1495, 146 L. Ed. 2d 389

(2000) (setting out the standards applicable to a § 2254 petition on the merits).  As

the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a
> substantial showing of the denial of a constitutional right, a
> demonstration that, under *Barefoot*, includes showing that reasonable
> jurists could debate whether (or, for that matter, agree that) the
> petition should have been resolved in a different manner or that the
> issues presented were "'adequate to deserve encouragement to
> proceed further.'"

*Slack*, 529 U.S. at 483-84, *quoting Barefoot*, 463 U.S. at 893 n.4.  Further, in order

to obtain a certificate of appealability when dismissal is based on procedural

grounds, a petitioner must show, "at least, that jurists of reason would find it

debatable whether the petition states a valid claim of the denial of a constitutional

right and that jurists of reason would find it debatable whether the district court

was correct in its procedural ruling."  *Slack*, 529 U.S. at 484.

The petitioner has not made the required showing.

For these reasons,

IT IS ORDERED:

1.  The report and recommendation is ACCEPTED.

2.  The clerk must enter judgment stating, "The petition is DISMISSED with prejudice."

3.  A certificate of appealability is DENIED.

4.  The clerk must close the file.

SO ORDERED on April 19, 2011.

s/Robert L. Hinkle
United States District Judge